**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA :** | **CRIMINAL NO.** |
| : | |
| **v.** : | **VIOLATIONS: 21 U.S.C. §841** |
| : | **(Possession with Intent to Distribute Cocaine)** |
| **ANTONIO MOLINA** : | |
| **Defendant.** : | |
| : | **UNDER SEAL** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about March 11, 2006, within the District of Columbia, Antonio Molina, did

knowingly and willfully possess with intent to distribute a  mixture and substance containing a

detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the amount of

said mixture and substance was 500 grams or more of cocaine, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

(Possession With Intent to Distribute of Cocaine, in violation of Title 21, United States
Code, Section 841)

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar Number 498-610

_____
ARVIND K. LAL, D.C. Bar No. 389489
Assistant United States Attorney
Organized Crime and Narcotics Trafficking
555 4th Street, N.W., Room 4217
Washington, DC 20530
(202) 353-8833