AO 455 (Rev. 5/85) Waiver of Indictment

~~SEALED~~   ~~FILED~~

FEB 16 2007

# United States District Court

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-361 (JR)

I, Antonio Molina, the above named defendant, who is accused of

21 USC §§ 841(a)(1) and 841(b)(1)(B)(iv)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb. 16, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Antonio Molina
Defendant

_____
Counsel for Defendant

Before _J. Robertson_
Judicial Officer