FILED

MAY 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :   CRIMINAL NO. 06-361 (JR)
                          :
v.                        :
                          :
ANTONIO MOLINA            :   ~~UNDER SEAL~~
        Defendant.        :
_____:

### ORDER

Based upon the Government's motion to depart from the sentence otherwise required by the Sentencing Guidelines and the United Stated Code, the defendant's concurrence therewith and the entire record herein, it is hereby

ORDERED that the Government's motion to depart from the sentence otherwise required by the Sentencing Guidelines and the United Stated Code is granted. The specific sentence of the Court in this matter shall be filed under separate cover.

_5/1/07_  
Date

_[signature]_  
JAMES ROBERTSON  
United States District Court Judge  
for the District of Columbia